**Order No. 96–14**
**September 10, 1996**

| | | |
|---|---|---|
| 17763 | State v. Tagata | Affirmed |

**Order No. 96–15**
**September 16, 1996**

| | | |
|---|---|---|
| 17057 | Marino v. McNamara | Affirmed |
| 17180 | State v. Alexander | Affirmed |
| 18356 | Magoon, In re | Affirmed |

**Order No. 96–21**
**September 26, 1996**

| | | |
|---|---|---|
| 18413 | State v. Kepa | Affirmed |

**Order No. 96–22**
**September 26, 1996**

| | | |
|---|---|---|
| 17162 | State v. Salcedo | Affirmed |
| 19678 | State v. Lowe | Affirmed |

**Order No. 96–23**
**October 2, 1996**

| | | |
|---|---|---|
| 17336 | State v. Liu | Affirmed |
| 17587 | State v. Parker | Affirmed |
| 17677 | Knoeppel v. State | Affirmed |
| 18239 | State v. Wheeler | Affirmed |
| 19325 | State v. Basilio | Affirmed |

**Order No. 96–24**
**October 3, 1996**

| | | |
|---|---|---|
| 17602 | Mika v. State | Affirmed |